# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Percy Macias, et al.

v.  Case Number: 4:19−cv−04856

Catapult Painting LLC, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/8/2023

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Docket Call

---

Date:   September 21, 2023                                              Nathan Ochsner, Clerk